[Nos. 20689–3–I; 22394–1–I. Division One. July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. VALENTIN BUCIO GOMEZ, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 86–1–03203–3, Mary Wicks Brucker, J., entered July 2, 1987. *Affirmed* by unpublished opinion per Webster, J., Grosse, A.C.J., and Winsor, J., concurring by separate opinion.

[No. 24128–1–I. Division One. July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA SUSAN RIPPEE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 88–8–00049–9, Richard L. Pitt, J., entered August 10, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, A.C.J., and Scholfield, J.

[No. 23186–3–I. Division One. July 30, 1990.]

STANLEY ALAN PETERS, ET AL, *Plaintiffs*, v. DAVID ROSE, ET AL, *Appellants*, THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 85–2–20419–1, Mary Wicks Brucker, J., entered October 12, 1988. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Winsor, JJ.